# Exhibit A

Autodesk Copyright Registrations

| Product Title | Registration No. | Registration Date |
|---|---|---|
| AutoCAD® 2008 software | TX 6-576-172 | 5/18/2007 |
| AutoCAD® 2009 software | TX 6-861-815 | 6/2/2008 |
| AutoCAD® 2010 software | TX 6-984-218 | 5/28/2009 |
| AutoCAD® 2011 software | TX 7-211-002 | 5/10/2010 |
| AutoCAD® 2013 software | TX 7-638-014 | 5/24/2012 |
| Autodesk® Revit® Architecture 2012 software | TX 7-395-173 | 7/1/2011 |
| Autodesk® Revit® Architecture 2013 software | TX 7-559-033 | 6/19/2012 |
| Autodesk® Revit® Architecture 2014 software | TX 7-747-300 | 6/18/2013 |
| Autodesk® Revit® Architecture 2015 software | TX 7-931-497 | 6/11/2014 |

EXHIBIT A