1  JULIE E. HOFER, #152185
   julie@donahue.com
2  ANDREW S. MACKAY, #197074
   andrew@donahue.com
3  DONAHUE FITZGERALD LLP
   1999 Harrison Street, Floor 25
4  Oakland, California  94612
   Telephone:    (510) 451-0544
5  Facsimile:    (510) 832-1486

6  Attorneys for Plaintiff
   AUTODESK, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | AUTODESK, INC., a Delaware corporation, | CASE NO. 15-CV-03822MEJ |

AUTODESK, INC., a Delaware corporation,

Plaintiff,

v.

KOBAYASHI + ZEDDA ARCHITECTS LTD., dba KZA, a Canadian company,

Defendant.

CASE NO. 15-CV-03822MEJ

~~[PROPOSED]~~ **ORDER GRANTING AUTODESK'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT AND ADR DEADLINES**

CMC Date:          February 18, 2016
Proposed CMC Date: March 24, 2016
Time:              10:00 a.m.
Dept.:             Ctrm B, 15th Floor
Judge:             Hon. Maria Elena James

-1-

This matter having come before the Court on Plaintiff Autodesk, Inc.'s Administrative Motion to Continue the Case Management Conference, supported by the Declaration of Julie E. Hofer, and based thereon,

IT IS HEREBY ORDERED that the Case Management Conference, currently set for February 18, 2016 is continued to March 24, 2016. All related deadlines are moved accordingly.

Dated: February 9, 2016

_____
Hon. Maria Elena James
United States District Court Magistrate Judge