UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>KOBAYASHI + ZEDDA ARCHITECTS LTD.,<br><br>          Defendant. | Case No. 15-cv-03822-MEJ<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT**<br><br>Re: Dkt. No. 19 |

The Court, having considered the stipulation entered into by and between Plaintiff and Defendant, IT IS HEREBY ORDERED that the Request for Entry of Default filed by Plaintiff shall be withdrawn and set aside and Defendant shall be given 20 days from the date of this Order to respond to the Complaint.  The Court shall conduct a Case Management Conference on May 5, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by lead trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

IT IS FURTHER ORDERED that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: March 14, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge