```
 1  JULIE E. HOFER, #152185
    jhofer@donahue.com
 2  ANDREW S. MACKAY, #197074
    amackay@donahue.com
 3  DONAHUE FITZGERALD LLP
    1999 Harrison Street, 25th Floor
 4  Oakland, California 94612-3520
    Telephone:  (510) 451-3300
 5  Facsimile:  (510) 451-1527

 6  Attorneys for Plaintiff
    AUTODESK, INC
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AUTODESK, INC., a Delaware corporation, | Case No. 3:15-cv-30822-MEJ |
|---|---|
| Plaintiff, | **STIPULATION; ORDER OF DISMISSAL** |
| v. | |
| KOBAYASHI + ZEDDA ARCHITECTS LTD., dba KZA, a Canadian company, | |
| Defendant. | |

Plaintiff Autodesk, Inc. ("Autodesk"), by and through its counsel, and defendant Kobayashi + Zedda Architects Ltd., dba KZA ("KZA") hereby stipulate to the following:

1. KZA's officers, directors, principals, agents, employees, successors, and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with KZA are enjoined and restrained from:

    (a) Copying, reproducing, distributing or using any unauthorized copies of Autodesk's copyrighted software products;

    (b) Otherwise infringing any of Autodesk's copyrights and trademarks; and

    (c) Circumventing any technological measure that effectively controls access to any of Autodesk's software products.

2. Pursuant to a settlement agreement entered into between the parties to this action, without either party admitting to liability or wrongdoing, the remaining claims for relief in this action have been settled with certain additional obligations to be performed by the parties. The remaining action is hereby dismissed with prejudice. Each party will bear its own fees and costs, except as may otherwise be authorized by the parties' settlement agreement.

IT IS SO STIPULATED.

Dated: September 8, 2016

DONAHUE FITZGERALD LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff AUTODESK, INC.

Dated: August 29, 2016

KOBAYASHI + ZEDDA ARCHITECTS LTD., dba KZA

By: _____
Name: ANTONIO ZEDDA
Its: VICE-PRESIDENT

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 13, 2016

Judge of the United States District Court

IT IS SO ORDERED
Judge Maria-Elena James

-1-